FILED

02/26/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0109



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 24-0109

BANNER BOYD,

       Petitioner,

v.

JIM SALMONSEN, Warden, Montana
State Prison

       Respondent.

**GRANT OF MOTION TO
PROCEED WITHOUT
PAYMENT OF FILING FEE**

Motion to proceed without payment of the filing fee in this matter is
**GRANTED.**

DATED February 26, 2024.

BOWEN GREENWOOD
Clerk of the Supreme Court